UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>LEZA ABDULNOUR d/b/a CIG SHOP,<br>Defendants. | No. 2:23-cv-05713-MWC-E<br>**PLAINTIFF'S REQUEST FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT THE APRIL 10th HEARING** |

The Plaintiff, GS HOLISTIC, LLC, (hereinafter referred to as "GS"), by and through its undersigned counsel hereby moves this Court to permit plaintiff's counsel to appear telephonically at the April 10th hearing and in support therefore states as follows:

1. The Order setting the Final Pretrial Conference is set for hearing on April 10, 2026, at 1:30 PM before the honorable Judge Michelle W. Court.

2. Plaintiff's Counsel Tomas Carlos Leon, Esq., currently suffers from medical conditions that severely limit his mobility, including muscular dystrophy,

scoliosis, and diverticulitis. These conditions inhibit his mobility and therefore his ability to appear in person for the hearing effectively.

3. Plaintiff's Counsel Eddy Leal, Esq., is presently handling a medical emergency involving an immediate family member, which has required significant time and attention and has limited counsel's ability to appear in person for the hearing.

4. WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully request that this Court grant this request, and enter an order permitting Plaintiff's counsel to appear telephonically at the April 10th Hearing.

*_/s/ Tomas Carlos Leon_*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Tomas Carlos Leon*
Tomas Carlos Leon