UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,
Plaintiff,
v.
LEZA ABDULNOUR d/b/a CIG SHOP,
Defendants.

No. 2:23-cv-05713-MWC-E

**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE APRIL 10th HEARING (DKT. 55)**

Upon consideration of the Plaintiff's Motion, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion to Appear Telephonically is **DENIED** for failure to comply with the Court's procedures for requesting remote appearance.

DONE AND ORDERED in Chambers this 9th April, 2026.

[signature]

Hon. Michelle Williams Court
United States District Judge