UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV23-05713-MWC-E | Date | April 10, 2026 |
| Title | GS Holistic, LLC v. Aboudel Saddi, et al. | | |

| | |
|---|---|
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |

| | |
|---|---|
| T. Jackson | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Tomas Leon | None |

**Proceedings: FINAL PRETRIAL CONFERENCE**

The matter is called. The Court confers with counsel regarding the status of trial.

The Court sets an Order to Show Cause re Dismissal for Lack of Prosecution for hearing on Monday, **April 20, 2026**, at 8:30 a.m.

The Court also sets an Order to Show Cause why the answer of Defendant Leza Abdulnour should not be stricken for failure to appear at the final pretrial conference for hearing on Monday, **April 20, 2026**, at 8:30 a.m.

Plaintiff shall provide notice of this Order to Defendant.

| | |
|---|---|
| | :07 |
| **Initials of Preparer** | TJ |