UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>ABOUDEL SADDI, individually and d/b/a CIG SHOP, and LEZA ABDULNOUR, individually d/b/a CIG SHOP,<br>Defendants. | No. 2:23-cv-05713-MWC-E |

**VERDICT FORM**

We, the jury, find as follows:

**1. Authenticity of Goods:**

a. Do you find that the gravity infusers at issue in this case are counterfeit?

☒ YES ☐ NO

*If you answer NO to Question 1A, then your deliberations are over and you should sign and date below.*

**2. Trademark Infringement:**

A. Do you find that Leza Abdulnour is liable for trademark infringement by counterfeiting?

☐ YES ☐ NO

*If you answer NO to Questions 2A, then your deliberations are over and you should sign and date below. If you answer YES to Questions 2A, please continue to Question 2B and also continue to Question 3.*

B. What amount of statutory damages do you award? The amount must be between $1,000 and $200,000 per counterfeit mark.

$______________________

**3. Willfulness:**

A. Do you find that Leza Abdulnour's trademark infringement was willful?

☐ YES ☐ NO

*If you answer NO to Question 3A, then your deliberations are over and you should sign and date below. If you answer YES to Question 3A, please continue to Question 3B.*

B. What additional amount of statutory damages, if any, do you award? This amount plus the amount awarded in Question 2B cannot exceed $2,000,000 per counterfeit trademark used.

$______________________

SO SAY WE ALL

______________________ ______________________
PRESIDING JUROR

______________________ ______________________

______________________ ______________________

DATE